

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Tuesday, September 29, 2015

Mr. Briana M. Webb
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Juan Enriquez
227122
TDCJ - Michael
2664 FM 2054
Tennessee Coloy, TX 75886

RE:    Case Number:  15-0750
       Court of Appeals Number:  12-15-00225-CV
       Trial Court Number:  369-135019

Style:  JUAN ENRIQUEZ
        v.
        BRAD LIVINGSTON

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 30 2015

TYLER, TEXAS
PAM ESTES, CLERK

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed order in the above-referenced case.

Sincerely,

Blake A. Hawthorne, Clerk

by Natalie McDermon, Deputy Clerk

cc:    Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
       Ms. Janice Staples

FILE COPY

# IN THE SUPREME COURT OF TEXAS

No. 15-0750

JUAN ENRIQUEZ, PETITIONER

v.

BRAD LIVINGSTON, RESPONDENT

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 30 2015

TYLER TEXAS
PAM ESTES, CLERK

MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REVIEW

## ORDER

1.      The motion for extension of time to file petition for review, filed on September 29, 2015, is abated, and this case is **ABATED** to allow case to proceed in the Court of Appeals.

2.      This case is removed from the Court's active docket. The parties shall immediately notify this Court about any changes in status in the Court of Appeals.

Done at the City of Austin, this 29th day of September, 2015.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Natalie McDermon, Deputy Clerk